IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00054-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  AZAMAT SHENKAO,

    Defendant.

## ORDER OF RECUSAL

This matter is before me on review of the file.  In my prior position as the chief of the Special Prosecutions Section of the U.S. Attorney's Office for the District of Colorado, I supervised the assigned Assistant U.S. Attorney during a time when he was handling this case.  As a result, pursuant to 28 U.S.C. § 455(b)(3), I must recuse myself from this case.  It is therefore

ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned.

DATED April 13, 2009.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge