## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Christine M. Arguello

Criminal Action No.  09-cr-00054-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    AZAMAT SHENKAO

    Defendant.

---

## ORDER DISCLOSURE OF GRAND JURY MATERIALS

---

ORDERED: pursuant to Rule 6(e)(3)(E)(i), counsel for the government may disclose preliminarily to the trial in this case, the transcript of the testimony and exhibits of any grand jury witness that the government may call at trial under the following conditions:

1)    There shall be no reproduction or dissemination of the material by the defendant or by defense counsel.

2)    The grand jury material shall be retained in the custody of the office of the attorney for the defendant.

3)    The grand jury material provided by the government shall be returned to the government at the conclusion of this case or pending further order of the Court.

4) That disclosure of the grand jury matter is limited to the defendant and to counsel appearing for the defendant in this case and the material is to be used only for this case.

DATED this   21st   day of   April  , 2009.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge