# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Case No. 09-cr-00054-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AZAMAT SHENKAO,

    Defendant.

---

## ORDER VACATING TRIAL DATES AND SETTING
## CHANGE OF PLEA HEARING

---

In response to the Notice of Disposition (Doc. # 21) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for May 29, 2009 and the five-day jury trial set to commence on June 1, 2009 are VACATED.  It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than May 18, 2009 to set this matter for a Change of Plea Hearing.

DATED:  May   12  , 2009

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge