**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00054-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AZAMAT SHENKAO,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to the telephone conference between counsel and Chambers staff, the sentencing of Defendant Azamat Shenkao is RESET to **October 9, 2009 at 3:30 p.m.**

    DATED:  September 29, 2009